# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| DEMARENE COLEMAN, | Case No. 2:24-cv-00078-RFB-MDC |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| WARDEN NAJERA, et al., | |
| Respondents. | |

Petitioner Demarene Coleman has submitted a Petition for Writ of Habeas Corpus (ECF No. 1-1), but he has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing a complete application for leave to proceed in forma pauperis ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Coleman submitted his financial declaration and acknowledgement (ECF No. 1), but he has not submitted his financial certificate or a copy of his account statement. Coleman has 45 days from the date of this order to either pay the $5 filing fee or submit these missing IFP documents.

///

///

**IT IS THEREFORE ORDERED** that the initial screening of the Petition for Writ of Habeas Corpus (ECF No. 1-1) is deferred to until such time as Coleman has fully complied with this order.

**IT IS FURTHER ORDERED** that the Clerk of Court send Coleman a blank form IFP application for incarcerated litigants.

**IT IS FURTHER ORDERED** that **within 45 days of the date of this order**, Coleman must file his missing IFP documents: (a) a financial certificate signed by him and an authorized prison official, and (b) a copy of his inmate account statement for the six-month period. Alternatively, Coleman must pay the $5 filing fee within 45 days.

**IT IS FURTHER ORDERED** that Coleman's failure to comply with this order within 45 days will result in the dismissal of this action without prejudice and without further advance notice.

DATED: <u>January 19, 2024.</u>

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT